

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2022

No. 04-21-00164-CV

Melissa **WALLACE** and Top Drawer Property Solutions, LLC,
Appellants/Cross Appellees

v.

**FIDELITY NATIONAL TITLE INSURANCE COMPANY**,
Appellee/Cross-Appellant

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI17915
Honorable Aaron Haas, Judge Presiding

# O R D E R

Sitting:    Beth Watkins, Justice
           Liza A. Rodriguez, Justice
           Lori I. Valenzuela, Justice

On August 24, 2022, this court issued an opinion and judgment reversing and rendering judgment in favor of appellee/cross-appellant. On September 7, 2022, appellants/cross-appellees filed a motion for rehearing. After considering the motion, the motion is DENIED.

It is so **ORDERED** on October 18, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT